Filed 6/18/15  P. v. Chavez CA2/6
## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.111.5.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>  Plaintiff and Respondent,<br><br>v.<br><br>JOSHUA GABRIEL CHAVEZ,<br><br>  Defendant and Appellant. | 2d Crim. No. B260927<br>(Super. Ct. No. KA105283)<br>(Los Angeles County) |

Joshua Gabriel Chavez appeals from the judgment entered after he pled no contest to possessing methamphetamine for sale  (Health & Saf. Code, § 11378).  The trial court sentenced appellant to two years county jail (Pen. Code, § 1170, subd. (h)(1)) and imposed a $300 restitution fine (Pen. Code, § 1202.4, subd. (b)), a $40 court operations assessment (Pen. Code, § 1465.8), a $30 criminal conviction assessment (Gov. Code, § 70373), and  a $50 lab fee plus a penalty assessment (Health & Saf. Code, § 11372.5, subd. (a)).

We appointed counsel to represent appellant in this appeal.  After counsel's examination of the record, he filed an opening brief in which no issues were raised.

On May 6, 2015, we advised appellant that he had 30 days within which to personally submit any contentions or issues he wished us to consider.  No response has been received from appellant.

The preliminary hearing transcript reflects that a large amount of money and methamphetamine was found in appellant's apartment during a child abuse investigation.  We have reviewed the entire record and are satisfied that appellant's

attorney has fully complied with his responsibilities and that no arguable issues exist. (*People v. Wende* (1979) 25 Cal.3d 436, 443; *People v. Kelly* (2006) 40 Cal.4th 106, 126.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


YEGAN, J.


We concur:


GILBERT, P.J.


PERREN, J.

Jack P. Hunt, Judge

Superior Court County of Los Angeles

_____

California Appellate Project, under appointment by the Court of Appeal, Jonathan B. Steiner, Executive Director and Richard B. Lennon, Staff Attorney, for Appellant.

No appearance for Respondent.